**SO ORDERED.**

**SIGNED this 14 day of June, 2011.**



_____
JAMES P. SMITH
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IN RE: MARCUS GORDON GREENE ) | HONORABLE JAMES P. SMITH |
| AND VICKIE POWER GREENE, ) | |
| ) | |
| Debtors. ) | |
| -------------------------------------------------- | -------------------------------------------------- |
| U.S. BANK, N.A., ITS SUCCESSORS ) | CONTESTED MATTER IN A |
| AND/OR ASSIGNS, ) | CHAPTER 7 PROCEEDING |
| ) | |
| Movant, ) | CASE NUMBER ATH11-30628JPS |
| ) | |
| vs. ) | |
| ) | |
| MARCUS GORDON GREENE, VICKIE ) | |
| POWER GREENE AND WILLIAM FLATAU ) | |
| (CHAPTER 7 TRUSTEE) ) | |
| ) | |
| Respondents/Debtors. ) | |

### ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The above-styled matter came before the Court on the Court's calendar of 10:00 a.m. on June 7, 2011. It appearing to the Court, that at the call of the Court's calendar, that the

**Respondents/Debtors and the Chapter 7 Trustee did not respond in opposition to the relief requested in Movant's Motion for Relief from the Automatic Stay. It further appearing to the Court, that Movant proffers in its Motion, that the monthly installments owed to Movant are delinquent; and, that Movant further proffers in its Motion, that its collateral being real property known as 1260 Fleur De Lac Lane, Greensboro, Georgia is of inconsequential value for the benefit of the bankruptcy estate when considering the current market value of the collateral, projected costs of sale, the debt secured by the collateral and Respondents/Debtors' bankruptcy exemption entitlements. It is hereby**

**ORDERED that pursuant to 11 U.S.C. Section 362 the bankruptcy stay is TERMINATED as to Movant to enable Movant to pursue liquidation of its collateral in accordance with state law requirements and the terms of the parties' loan documents. Any excess sale proceeds shall be remitted to the bankruptcy estate and Movant is entitled to perfect its entitlement to any deficiency claim in accordance with state law provisions not inconsistent with the United States Bankruptcy Code and file a Proof of Claim for any deficiency remaining due and owing.**


**END OF DOCUMENT**

**Prepared by:**


**/s/ Betty Nappier_____**
**Betty Nappier, Esquire**
**Local counsel for Pendergast & Associates, P.C. for Movant**
**GA Bar No. 534675**
**425 Tribble Gap Road, Suite 106**
**Cumming, Georgia 30040**
**(770) 529-9371, facsimile (770) 947-5371**
**banappier@yahoo.com**
**Pendergast & Associates, P.C.**
**South Terraces, Suite 1000**
**115 Perimeter Center Place**
**Atlanta, Georgia 30346**